CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Juliana Cruz-Ruiz**<br>YOB: 2002; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-08807MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 27, 2025, at or near Douglas, in the District of Arizona, **Juliana Cruz-Ruiz**, an alien, enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Juliana Cruz-Ruiz** is a citizen of Mexico. On March 27, 2025, agents found **Juliana Cruz-Ruiz** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Juliana Cruz-Ruiz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Juliana Cruz-Ruiz** admitted to illegally entering the United States of America from Mexico on or about March 27, 2025, at or near Douglas, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Eric R. Wood |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 28, 2025 |
|---|---|

1)    See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
    Reviewing AUSA: Hopkins