## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**United States of America**

   v.

**Juliana Cruz-Ruiz**

*PETTY*
**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

**No.  25-08807MJ-001-TUC-EJM**

Joseph Dimas Rueda, Jr. (CJA)
Attorney for Defendant

USM#: 69977-511

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/7/2025 to the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Improper Entry by Alien, a Petty offense, as charged in the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED    **FINE:** WAIVED   **RESTITUTION:** N/A

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

On motion of the Government, the special assessment is REMITTED.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

25-08807MJ-001-TUC-EJM
USA vs. Juliana Cruz-Ruiz

Page 2 of 2

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Monday, April 07, 2025**

Dated this 7th day of April, 2025.

_____
Eric J. Markovich
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:

_____
, the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____          By:          _____
United States Marshal                                        Deputy Marshal